IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WAYNE L. MOORE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D14-903

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed February 5, 2015.

An appeal from the Circuit Court for Leon County.
Frank Sheffield, Judge.

Wayne L. Moore, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Giselle Denise Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.